# United States District Court

WESTERN DISTRICT OF WASHINGTON

LARRY JAMERSON,

        v.

GREYHOUND

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-152

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_xx_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Defendant's motion for summary judgment is GRANTED, and Plaintiff's claims are hereby DISMISSED with prejudice.

    July 24, 2009                                        BRUCE RIFKIN

                                                                               Clerk

                                                        ___/s Mary Duett_____

                                                                       By, Deputy Clerk