UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMERSON, <br><br> Plaintiff(s), <br><br> v. <br><br> GREY HOUND, <br><br> Defendant(s). | NO. C09-152MJP <br><br> ORDER ON MOTION FOR COSTS |

The above-entitled Court, having received and reviewed

1. Defendant Greyhound Lines Inc.'s Motion for Costs (Dkt. No. 23)

2. Plaintiff's Response (Dkt. No. 24)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is DENIED. Plaintiff is indigent and disabled. The Court finds that his lawsuit was brought in good faith for non-frivolous reasons, and that he is not in a position to pay Defendant's costs at this time.

Dated: September _14__, 2009

_____
Marsha J. Pechman
U.S. District Judge

ORD ON MTN FOR COSTS - 1